# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1503
_____

United States of America

*Plaintiff - Appellee*

v.

Calvertson Johnson Slim

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: January 30, 2024
Filed: February 7, 2024
[Unpublished]
_____

Before BENTON, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Calvertson Slim, who was civilly committed pursuant to 18 U.S.C. § 4246 in 2019, appeals the district court's[1] order revoking his grant of conditional release

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the

under section 4246(f). After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not clearly err in finding that Slim failed to comply with his prescribed regimen of care and that his continued release would therefore create a substantial risk of bodily injury to another person or serious damage to property of another. <u>See</u> 18 U.S.C. § 4246(f); <u>United States v. Burleson</u>, 29 Fed. App'x 412, 413 (8th Cir. 2002) (unpublished per curiam) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.